UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
JULIE A. SU, Acting Secretary of Labor          :
United States Department of Labor,

                                                      :

                     Petitioner,              Misc. Action No. 22-
      v.                                :

FESTIM HALILAJ,                  :

                     Respondent.     :
------------------------------------------------------------

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

     I, B. CARINA DE LA PAZ, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

     1.     I am employed as an attorney in the Office of the Regional Solicitor, United States Department of Labor, Region II, and am fully familiar with the facts of the above-captioned matter being handled by my office. I submit this declaration in support of the Acting Secretary of Labor's Verified Petition to Compel Respondent to Produce Testimony Pursuant to an Administrative Subpoena *Ad Testificandum*.

     2.     On January 10, 2023, after receiving a referral from the Yonkers Police Department, the OSHA Tarrytown Area Office commenced an inspection into a fatality that occurred on January 8, 2023, at 420 Park Hill Avenue, Yonkers, NY 10705 after a worker fell off a rooftop while working for FH Roofing & Chimney Renovation LLC. Ex. 1 ("Police Report").

     3.     On April 19, 2023, as part of its inspection, OSHA issued an administrative subpoena *ad testificandum* ("Subpoena") to Festim Halilaj ("Respondent"), the owner of FH Roofing & Chimney Renovation LLC. Ex. 2 ("Subpoena").

     4.     The Subpoena was duly served on Respondent on May 20, 2023. Ex. 3 ("Affidavit of Service").

5.      The Subpoena required Respondent to appear on June 6, 2023 at the OSHA Tarrytown Area Office, located at 660 White Plains Rd, 3rd Floor, Tarrytown, NY 10591, and provide testimony regarding the working conditions at the worksite. Ex. 2.

6.      Respondent's counsel, Mr. Rocco Vozza ("Mr. Vozza"), was made aware of the Subpoena by the Acting Secretary's counsel.

7.      On June 5, 2023, the Acting Secretary's counsel left a voicemail and sent an email to Mr. Vozza, inquiring about whether he was still representing Respondent, and asking if Respondent was planning to appear in the OSHA Tarrytown Area Office on June 6, 2023 at 10 a.m. to testify under oath per the Subpoena.

8.      Mr. Vozza responded that he was not aware of the subpoena.

9.      The Acting Secretary's counsel then then called Mr. Vozza at approximately 4:02 PM and 5:24 PM respectively to discuss, but he did not answer his phone.

10.      When Mr. Vozza did not respond, the Acting Secretary's counsel emailed him in an attempt to clarify his position, and attached to the email the Affidavit of Service showing that the Subpoena had been served on Respondent.

11.      At that time, the Acting Secretary's counsel again asked if Respondent intended to appear and stated that if he did not intend to appear, the Acting Secretary would cancel the stenographer, and reserve the right to seek enforcement of the Subpoena for a later date.

12.      Mr. Vozza never responded or otherwise made any attempt to inform the Acting Secretary of Respondent's plans for the scheduled June 6, 2023 appearance.

13.      Respondent failed to appear at the OSHA Tarrytown Area Office on June 6, 2023. The Acting Secretary's counsel noted on the stenographer's record Respondent's failure to appear,

even though the Secretary was prepared and had procured both a court reporter and Albanian interpreter.

14.     On June 7, 2023, the Acting Secretary's counsel emailed Mr. Vozza again to note that he had not responded to the June 5 communications, and that neither he nor his client had appeared as required on June 6, and that the Acting Secretary planned to seek enforcement of the Subpoena. To date, Mr. Vozza has not responded to the June 7 email.

15.     To date, neither Respondent nor Mr. Vozza has responded or communicated further with the Acting Secretary regarding the Subpoena.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 16th day of June 2023.

_____
B. CARINA DE LA PAZ
Trial Attorney

U.S. Department of Labor
Office of the Solicitor, Region II
201 Varick Street, Room 983
New York, New York 10014