UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE A. SU, Acting Secretary of Labor
United States Department of Labor,

            Petitioner,

        - against -

FESTIM HALILAJ,

            Respondent.

---

**ORDER**

23 Misc. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's show-cause hearing, Respondent Festim Halilaj is directed to give testimony to the Occupational Safety and Health Administration ("OSHA") on **July 7, 2023 at 9:00 a.m.** at OSHA's Tarrytown Area Office, 660 White Plains Road, 3rd Floor, Tarrytown, New York. Respondent's testimony is to be completed that day. A failure to appear at that time and to provide the requested testimony will constitute a contempt of court.

      Petitioner is directed to serve this order on Respondent by **June 30, 2023,** through the alternative means discussed at today's hearing, including through the email address for Respondent's company, FH Roofing & Chimney Renovation LLC, festimh057@gmail.com; by overnight mail to the premises of FH Roofing & Chimney located at 228 Claremont Avenue, Mount Vernon, New York; and by overnight mail to Respondent's counsel, Rocco Vozza.

Dated: New York, New York
      June 29, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge